IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL BURCHETT**                                                                                   **PLAINTIFF**

v.                                            **CASE NO. 2:20-CV-00114-BSM**

**CLARK HALL,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE